# ALABAMA COURT OF CRIMINAL APPEALS



April 26, 2024

**CR-2023-0853**
Johnny Ray Welch v. State of Alabama (Appeal from Houston Circuit Court: CC-08-1694.62)

## NOTICE

You are hereby notified that on April 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk